| SUMMONS - CIVIL | STATE OF CONNECTICUT |
|---|---|
| JD-CV-1  Rev. 4-16<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,<br>52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13 | **SUPERIOR COURT**<br>www.jud.ct.gov  |

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 14 West River Street, Milford, CT 06460 | ( 203 ) 877-4293 | June 25, 2019 |

| ☒ Judicial District  ☐ G.A. Number: ☐ Housing Session | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349)<br>Milford | Case type code *(See list on page 2)*<br>Major: T    Minor: 03 |
|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Goldman, Gruder & Woods, LLC | Juris number *(to be entered by attorney only)*<br>035172 |
|---|---|
| Telephone number *(with area code)*<br>( 203 ) 880.5333 | Signature of Plaintiff *(If self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes  ☐ No | Email address for delivery of papers under Section 10-13 *(if agreed to)*<br>BElstein@goldgru.com |
|---|---|---|

Number of Plaintiffs: 2    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: Bodnar, Diane<br>Address: 100 Parrott Drive, Shelton, CT 06484 | P-01 |
| Additional Plaintiff | Name: Bodnar, Donald<br>Address: 100 Parrott Drive, Shelton, CT 06484 | P-02 |
| First Defendant | Name: JetBlue Airways Corporation, Agent for Service: National Registered Agents, Inc.<br>Address: 67 Burnside Ave., East Hartford, CT 06108 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>Bruce L. Elstein, Esquire | Date signed<br>05/30/2019 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY. ATTEST:
JOSEPH A. HOMELSON
STATE MARSHAL

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | | |
|---|---|---|
| RETURN DATE: JUNE 25, 2019 | : | SUPERIOR COURT |
| BODNAR, DIANE, ET AL | : | J.D. OF ANSONIA-MILFORD |
| V. | : | AT MILFORD |
| JETBLUE AIRWAYS, CORPORATION | : | MAY 30, 2019 |

## COMPLAINT

The plaintiffs, DIANE BODNAR and DONALD BODNAR, bring this action against the defendant JETBLUE AIRWAYS, CORPORATION, and alleges as follows.

**FIRST COUNT**

### INTRODUCTION

1. This is a personal injury action for damages arising out of a slip and fall injury sustained on April 14, 2018 while walking on the jetway to board a plane operated by the defendant from Sangster International Airport in Montego Bay, Jamaica. Plaintiff was travelling from Montego Bay, Jamaica to Miami International Airport in Miami, FL.

2. The plaintiff was a paying passenger on the international flight and suffered personal injuries as a result of the trip and fall incident.

### PARTIES

3. The plaintiff DIANE BODNAR is a citizen of the United States and a resident of Shelton, CT.

4. The defendant, JETBLUE AIRWAYS CORPORATION., was and continues to be, a Delaware corporation with a business address of 27-01 Queens Plaza North,

1

Long Island City, New York, which was authorized to transact business within the State of Connecticut.

## GENERAL ALLEGATIONS

5. The defendant, JETBLUE AIRWAYS CORPORATION, is a commercial air carrier engaged in the business of transportation of fare-paying passengers on regularly scheduled international flights from Sangster International Airport in Montego Bay, Jamaica.

6. On April 14, 2018 JETBLUE AIRWAYS CORPORATION. was the owner, lessee, operator, and/or entity in control of the JETBLUE AIRWAYS CORPORATION. Plane which departed from Sangster International Airport in Montego Bay, Jamaica to Miami International Airport in Miami, FL.

7. On April 14, 2018, the plaintiff, DIANE BODNAR, was a paying customer on JETBLUE AIRWAYS CORPORATION's flight.

8. On April 14, 2018 the plaintiff, DIANE BODNAR, was lawfully upon the aforesaid premises as a passenger of JETBLUE AIRWAYS CORPORATION. preparing to board a flight.

9. The plaintiff, DIANE BODNAR, passed through security at the gate to board the plane but her husband was asked to step out of line.

10. The plaintiff, DIANE BODNAR, turned to stay with her husband but was told she had to board the plane.

11. While walking down the jetway to the plane the plaintiff, DIANE BODNAR, turned to look back for her husband at which time she fell.

2

12. As a result of the negligence and carelessness of the defendant, JETBLUE AIRWAYS CORPORATION, through the actions of its officers, agents, servants and/or employees, the plaintiff, DIANE BODNAR, sustained and suffered personal injuries and losses including a fracture of her collarbone, and injuries to her right arm, leg and head.

13. From all of the aforesaid injuries, or effects thereof, the plaintiff, DIANE BODNAR, has suffered and will suffer great pain, mental anguish, and nervousness, some of which injuries or the effects thereof, are, or may be permanent.

14. The plaintiff, DIANE BODNAR, was rendered in pain and disabled as a result of said occurrence, and has been and will be unable to be up and around and to perform her household and work duties as she did prior to said occurrence, all of which has and will cause her loss and damage.

15. The plaintiff, DIANE BODNAR, has incurred and will incur bills for medical care and attention, x-rays, medications, physiotherapy, etc., and has been and will be unable to perform her occupational duties as she did prior to said occurrence, all of which has and will cause her loss and damage.

16. As a result of the negligence and carelessness of JETBLUE AIRWAYS, CORP., the plaintiff, DIANE BODNAR, is in fear of future illness or disability and is anxious over the future consequences of his injuries.

17. As a result of the negligence and carelessness of the defendant, the plaintiff, DIANE BODNAR, is at an increased risk of future medical complications.

GOLDMAN, GRUDER & WOODS, LLC • ATTORNEYS AT LAW
105 TECHNOLOGY DRIVE • TRUMBULL, CONNECTICUT 06611 • (203) 880-5333 •
JURIS NO. 035172

## SECOND COUNT

1 – 17.   Paragraphs 1 – 17 of the First count are hereby made paragraphs 1 – 17 of the Second Count.

18.   As a further result of the injuries of his wife, DIANE BODNAR, as alleged in the First Count hereof, the plaintiff, DONALD BODNAR, suffered the loss of society, affection, moral support, services, companionship and sexual relations with his wife.

4

A TRUE COPY. ATTEST
JOSEPH A. HOMELSON
STATE MARSHAL

| | | |
|---|---|---|
| RETURN DATE: JUNE 25, 2019 | : | SUPERIOR COURT |
| BODNAR, DIANE, ET AL | : | J.D. OF ANSONIA-MILFORD |
| V. | : | AT MILFORD |
| JETBLUE AIRWAYS, CORPORATION | : | MAY 30, 2019 |

## **DEMANDS FOR RELIEF**

WHEREFORE, the plaintiffs claim:

1. Fair, just and reasonable damages; and

2. Cost of suit.

The amount, legal interest or property in demand is more than Fifteen Thousand ($15,000.00) Dollars, exclusive pof interest and costs.

**THE PLAINTIFFS**

By: _____
Bruce L. Elstein, Esq.
Goldman, Gruder & Woods, LLC
105 Technology Drive
Trumbull, CT 06611
Telephone # 203.880-5333
Fax #: 203.880-5332
Email: belstein@goldmangruderwoods.com

A TRUE COPY. ATTEST:
JOSEPH A. HOMELSON
STATE MARSHAL

5

GOLDMAN, GRUDER & WOODS, LLC • ATTORNEYS AT LAW
105 TECHNOLOGY DRIVE • TRUMBULL, CONNECTICUT 06611 • (203) 880-5333 •
JURIS NO. 035172